## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDUARDO TEJEDA QUIROZ,<br><br>    Defendant. | Crim. No. 17-267-01 (MAJ) |

### OPINION AND ORDER

Before the Court is a Report and Recommendation ("R & R") issued by Magistrate Judge Bruce J. McGiverin, (**ECF No. 112**) recommending the Court denies Defendant's Motion to Reduce Sentence (**ECF No. 109**). The U.S. Probation Office also filed a motion recommending the denial of defendant's request (**ECF No. 115**).

The R & R was issued on September 19, 2023. After reviewing the R & R, and all the pleadings on the record, the Court finds the R & R well-reasoned, grounded in fact and law, and free of "plain error." *See Nogueras-Cartagena v. United States*, 172 F.Supp.2d 296, 305 (D.P.R. 2001) ("Court reviews Magistrate's Report and Recommendation to ascertain whether or not the Magistrate's recommendation was clearly erroneous."). Accordingly, the Court ACCEPTS and ADOPTS the R & R in its entirety. Defendant is not eligible for a sentence reduction under Amendment 782 to

Case 3:17-cr-00267-MAJ-BJM   Document 118   Filed 10/17/23   Page 2 of 2

Crim. No. 17-267-01 (MAJ)                                                                                    Page 2

Policy Statement § 1B1.10(d) because the Court already included Amendment 782 in its sentence. (See **ECF Nos. 88 and 96**).

Therefore, the Court denies defendant's request at **ECF No. 109**, as recommended by the Magistrate Judge.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of October, 2023.

*S/* **María Antongiorgi-Jordán**
**MARÍA ANTONGIORGI-JORDÁN**
**UNITED STATES DISTRICT JUDGE**